IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-94-11 |
| | § § § § | |
| MANUEL DIAZ-PINEDA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 376). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 24, 2015 at 9:30 a.m.**

SIGNED on September 1, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge